JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL DACOSTA,<br><br>  Plaintiff,<br><br>  vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No. 8:20-cv-02120 JLS (ADSx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action, including all claims stated herein against Defendant, is hereby dismissed with prejudice.

DATED: November 12, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE